IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SOLOMON L. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-881-WKW |
| | ) | [WO] |
| SOUTHERN HEALTH | ) | |
| PARTNERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On November 17, 2016, the Magistrate Judge filed a Recommendation (Doc. # 5) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. Plaintiff's complaint against Defendant Officer Tumby is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's complaint against Defendants Southern Health Partners, Tony Helms, James Kelly, and Commander Dillon is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. The Clerk of the Court shall terminate Defendants Officer Tumby, Southern Health Partners, Tony Helms, James Kelly, and Commander Dillon as parties to the complaint; and

5. This case regarding the remaining Defendant, Nurse Jasmine Andrews, is referred back to the Magistrate Judge for further proceedings.

DONE this 13th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE