IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SOLOMON L. HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-881-WKW |
| ) | [WO] |
| SOUTHERN HEALTH PARTNERS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 27, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 26.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 32) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action.

A final judgment will be entered separately.

DONE this 24th day of March, 2017.

                                              /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE